ANTHONY ECKERT, Respondent, *v.* FREEMAN M. VILAS et al., Impleaded with Others, Appellants.

Reported below, 29 App. Div. 627.
(Submitted April 23, 1900; decided May 1, 1900.)

MOTION to put on calendar and prefer an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 12, 1898, affirm-

ing a judgment in favor of plaintiff entered upon a decision of the Erie County Court decreeing the foreclosure and sale of certain premises.

The motion was made upon the grounds that the appeal is without merit and taken solely for delay, and that unless it can be heard and disposed of at once, there is great danger that the rights of the plaintiff will be irretrievably lost.

*Morris Cohn, Jr.,* for motion.

*Wheeler & Woodward* opposed.

Motion denied, without costs, without prejudice to respondent's right to move to dismiss appeal.